DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREN E. BLUMNER,** individually and as Co-Trustee of the
**BLUMNER FAMILY TRUST** dated June 26, 2013, and
**LISA M. BLUMNER,** individually,
Appellants,

v.

**GALE SHWAKE,** individually and as Co-Trustee of the
**BLUMNER FAMILY TRUST** dated June 26, 2013,
Appellee.

No. 4D22-2131

[June 1, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Charles M. Greene, Judge; L.T. Case No. PRC22-0849.

Charles T. Weiss of Charles T. Weiss, P.A., North Palm Beach, for appellants.

Scott A. Weiss and R. Daniel Sirois of Scott A. Weiss, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***